**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

**Sesay, Ashim**

       **Debtor(s)**

                       :        17-16854

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S CHAPTER 13 PLAN**

I certify that on May 12, 2018 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's(s) petition were served a copy of the Debtor(s)' Chapter 13 First Amended Plan either by way of ECF or by first class regular U.S. mail.

Dated: May 12, 2018

                                    "/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtor(s)

John L. McClain and Associates
PO Box 123
Narberth, PA 19072