**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            : Chapter 13
    Sesay, Ashim
        Debtor                           : 17-16854

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
KenCrest Services
960A Harvest Dr, Ste 100
Upper Darby, PA 19082**

Re:    **Sesay, Ashim**
SSN:  xxx-xx-5417

    The future earnings of the above named debtor Sesay, Ashim, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$260.00 for 10 months (Started on 11/2017), then as of September 1, 2018, the payment shall increase to $546.00 monthly for a period of 50 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$260.00 for 10 months (Started on 11/2017), then as of September 1, 2018, the payment shall increase to $546.00 monthly for a period of 50 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:_____    5/14/18
                                JUDGE

KenCrest Services
960A Harvest Dr, Ste 100
Upper Darby, PA 19082

Sesay, Ashim
112 Overhill Rd

Upper Darby, PA 19082

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123