STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Ashim Sesay aka Ashim N. Sessay dba Sesay Transportation<br>　　　　　　Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 17-16854-ELF<br><br>Judge: Eric L. Frank |

**PRAECIPE TO MARK OBJECTION TO PLAN CONFIRMATION MOOT**

Kindly mark the Creditor's Objection to Plan Confirmation filed on 02/09/2018, Document #20, on behalf of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust V moot as Debtor filed an Amended Plan.

Respectfully Submitted,

*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor

Date: May 24, 2018

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Ashim Sesay aka Ashim N. Sessay dba Sesay Transportation<br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case:  17-16854-ELF<br><br>Judge: Eric L. Frank |

**CERTIFICATE OF SERVICE**

I, Christopher M. McMonagle, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe to Mark Objection to Plan Confirmation Moot has been sent by electronic means via the Court's CM/ECF notification system this 22nd of May, 2018, to the following:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com

John L. McClain, Esquire
P.O. Box 123, Narbeth, PA 19072
aaamcclain@aol.com

and by standard first class mail postage prepaid to:

Ashim Sesay aka Ashim N. Sessay dba Sesay Transportation
112 Overhill Road, Upper Darby, PA 19082

Date: May 24, 2018

STERN & EISENBERG, PC
*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor