UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ashim Sesay a/k/a Ashim N. Sessay d/b/a Sesay Transportation,<br>         Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-16854/ELF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>         Movant,<br>v.<br><br>Ashim Sesay a/k/a Ashim N. Sessay d/b/a Sesay Transportation,<br>         Respondent/Debtor,<br><br>William C. Miller<br>         Additional Respondent. | |

**PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper's Objection to Confirmation of Chapter 13 Plan filed with the Court on February 20, 2018.

    Respectfully submitted,

Dated: May 25, 2018

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809

S&D File #:17-058114

PA BAR ID #318323
pabk@logs.com