United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashim Sesay  
    Debtor

Case No. 17-16854-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Jul 27, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db          +Ashim Sesay,    112 Overhill Rd,    Upper Darby, PA 19082-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

     CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
     JOHN L. MCCLAIN    on behalf of Debtor Ashim Sesay aaamcclain@aol.com, edpabankcourt@aol.com  
     KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com  
     KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkyefile@rasflaw.com  
     KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
     MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
     NICOLE B. LABLETTA    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI nlabletta@pincuslaw.com, vbarber@pincuslaw.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
   Sesay, Ashim

        Debtor                              :    17-16854

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __27th__ day of __July__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $6,000.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $5,500.00 and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE