**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ashim Sesay | : | |
| | : | CASE NO. 17-16854-elf |
| (Debtor) | : | |
| | : | Judge: Eric L. Frank |

Citibank, N.A., not in its individual capacity, but
Solely as trustee of NRZ Pass-Through Trust VI,
                      Movant
      vs.
Ashim Sesay
                      Debtor(s) /Respondent(s)
      and

William C. Miller, Esq.

                      Trustee/Respondent.
                              X

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      Upon consideration of the Certificate of Default of Citibank, N.A., not in its individual capacity, but Solely as trustee of NRZ Pass-Through Trust VI (the "Movant"), dated July 26, 2018, as to Debtor with respect to real property known as 112 Overhill Road, Upper Darby, PA 19082 (the "Premises"), it is

**ORDERED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301 , is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its *in rem* remedies against the Premises, including but not limited to possession of the Premises; and it is further

**ORDERED**, that the 14 day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: 8/7/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**