United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16854-elf
Ashim Sesay                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 1              Date Rcvd: Aug 07, 2018
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Ashim Sesay,    112 Overhill Rd,    Upper Darby, PA 19082-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JOHN L. MCCLAIN    on behalf of Debtor Ashim  Sesay aaamcclain@aol.com,   edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ashim Sesay | : | |
| | : | CASE NO. 17-16854-elf |
| (Debtor) | : | |
| | : | Judge: Eric L. Frank |

Citibank, N.A., not in its individual capacity, but
Solely as trustee of NRZ Pass-Through Trust VI,
                      Movant
      vs.
Ashim Sesay
                      Debtor(s) /Respondent(s)
      and

William C. Miller, Esq.

                      Trustee/Respondent.
_____X


**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**


      Upon consideration of the Certificate of Default of Citibank, N.A., not in its individual capacity, but Solely as trustee of NRZ Pass-Through Trust VI (the "Movant"), dated July 26, 2018, as to Debtor with respect to real property known as 112 Overhill Road, Upper Darby, PA 19082 (the "Premises"), it is

**ORDERED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301 , is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its *in rem* remedies against the Premises, including but not limited to possession of the Premises; and it is further

**ORDERED**, that the 14 day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: __8/7/18_____

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**