**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Sesay, Ashim | |
| Debtor(s) | : 17-16854 |
| : | |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 10th day of Sept. 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing KenCrest Services to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

_____
JUDGE

KenCrest Services
960A Harvest Dr, Ste 100
Blue Bell, PA 19422-1900


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Sesay, Ashim

112 Overhill Rd
Upper Darby, PA 19082


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106