United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashim Sesay  
     Debtor

Case No. 17-16854-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 10, 2018  
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db             +Ashim Sesay,    112 Overhill Rd,    Upper Darby, PA 19082-3205
                KenCrest Services,    960A Harvesst Drive,    Suite 100,    Blue Bell, PA  19422-1900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JOHN L. MCCLAIN    on behalf of Debtor Ashim  Sesay aaamcclain@aol.com,    edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI nlabletta@pincuslaw.com,    vbarber@pincuslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Sesay, Ashim

    Debtor(s) : 17-16854

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 10th day of Sept. 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing KenCrest Services to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

_____
JUDGE

KenCrest Services
960A Harvest Dr, Ste 100
Blue Bell, PA 19422-1900


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Sesay, Ashim

112 Overhill Rd
Upper Darby, PA 19082


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106