IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ashim Sesay a/k/a Ashim N. Sessay d/b/a Sesay Transportation,<br>        Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>        Movant, | BANKRUPTCY CASE NUMBER 17-16854/ELF |
| v. | 11 U.S.C. § 362 |
| Ashim Sesay a/k/a Ashim N. Sessay d/b/a Sesay Transportation,<br>        Debtor, | |
| William C. Miller, Trustee,<br>   Additional Respondent. | |

**O R D E R**

AND NOW, this __9th__ day of ___October___, 2018, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

**ORDERED** that the Automatic Stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents with respect to the property located at 400 Croyden Road, Upper Darby, PA 19082; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**