United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-16854-elf
Ashim Sesay                                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Nov 14, 2018
                              Form ID: pdf900             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db             +Ashim Sesay,    112 Overhill Rd,    Upper Darby, PA 19082-3205
cr             +U.S. Bank National Association, not in its individ,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +U.S. Bank National Association, not in its individ,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10675,    GREENVILLE, SC 29603-0675
13995227       +Aes/pheaafrn,    Attn: Bankrupcy,    PO Box 2461,    Harrisburg, PA 17105-2461
13995228       +Aminata Sesay,    Hamden Rd,    Upper Darby, Pa 19082
14055208       +Citibank, N.A,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Dept.,
                 PO Box 619096,    Dallas TX 75261-9096
14103860       +Citibank, N.A.,    c/o Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Department,    PO Box 619096,    Dallas, TX 75261-9096
14043628       +Citibank, N.A., not in its individual capacity, bu,    c/o MATTHEW CHRISTIAN WALDT,
                 Milstead & Associates LLC,    1 East Stow Road,    Marlton, NJ 08053-3118
13995231       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
14174784        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13995233       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13995234        Milstead & Associates,    1 E. Stow Road,    Marlton, NJ 08053,    Cherry Hill, NJ 09002
13995235       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14067466       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14005033       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14114894       +U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14077375        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14082319       +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
                 Upper Darby, PA 19082-3135
13995236       +Us Dept Ed,    ECMC/Bankruptcy,    PO Box 16408,    St Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13995230       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 03:59:07     Capital One,
                 Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
13999132        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13995232         Harjot
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
13995229*      +Ashim Sesay,    112 Overhill Rd,    Upper Darby, PA 19082-3205
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                    Date Rcvd: Nov 14, 2018
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
     CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
     but solely as trustee of NRZ Pass-Through Trust VI cmcmonagle@sterneisenberg.com,
     bkecf@sterneisenberg.com
     JOHN L. MCCLAIN    on behalf of Debtor Ashim  Sesay aaamcclain@aol.com,   edpabankcourt@aol.com
     KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
     solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
     KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
     solely as trustee of NRZ Pass-Through Trust VI kbuttery@rascrane.com
     KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
     MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
     but solely as trustee of NRZ Pass-Through Trust VI mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
     NICOLE B. LABLETTA    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
     solely as trustee of NRZ Pass-Through Trust VI nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                   TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHIM SESAY                                              Chapter 13

           Debtor                      Bankruptcy No. 17-16854-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 14, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
ASHIM SESAY

112 OVERHILL RD

UPPER DARBY, PA 19082-